# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO G. PAEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> FRESNO COUNTY SHERIFF'S DEPARTMENT, <br><br> Defendant. | Case No. 1:17-cv-00455-BAM (PC) <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 7) |

Plaintiff Guillermo G. Paez, Jr. ("Plaintiff") is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 3, 2017. (ECF No. 1.) That same day, Plaintiff filed a motion requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff's application did not include a certified copy of Plaintiff's trust account statement for the past six months as the instructions require, nor was the certificate portion of the form dated, signed, or filled-out by an authorized officer of the correctional institution. The Court denied the motion without prejudice and ordered Plaintiff to submit a completed form within forty-five (45) days. (ECF No. 5.)

Currently before the Court is Plaintiff's renewed motion to proceed in forma pauperis. (ECF No. 7.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of

1

$350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Sheriff of Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 7) is GRANTED;

**2. The Sheriff of Fresno County Jail or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of Fresno County Jail, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **May 8, 2017**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2